# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STEPHEN JAMES PANTAZES,**

      **Plaintiff,**

v.    Case No:   6:14-cv-1172-Orl-22TBS

**TRANSFIELD SERVICES INFRASTRUCTURE INC. and BREVARD COUNTY FL. GOVERNMENT,**

      **Defendants.**

## ORDER

This cause is before the Court on the Application to Proceed Without Prepaying Fees or Costs (Doc. No. 2) filed on July 21, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and the case be DISMISSED WITHOUT PREJUDICE.

In response to the Report and Recommendation, Plaintiff filed a Second Amended Complaint (Doc. No. 6).   That document contained a notation, "PS: Please let me know if and how much for filing costs asap."

Thereafter the Court entered its Order indicating that the Second Amended Complaint did not correct the deficiencies, but deferred ruling on the Application to Proceed Without Prepaying Fees or Costs to permit the Plaintiff to pay the filing fee by October 3, 2014 (Doc. No. 7).

Plaintiff did not pay the filing fee by October 3, 2014.   On that date Plaintiff filed a document titled, "MOTION TO BE ABLE TO ELECTONIC FILE AND COMPLYING WITH JUDGES ORDER REGARDING."   In the filing Plaintiff asserts, *inter alia*, 'A VETERANS ORGANIZATION HAS AGREED TO PUT UP THE $400-. FILING FEE <u>PROVIDED THE HONORABLE COURT INTENDS TO HEAR THIS CASE.</u>"

The Plaintiff has had three opportunities to state a claim for relief within the jurisdiction of this Court and has failed to do so. After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 22, 2014 (Doc. No. 5), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Application to Proceed Without Prepaying Fees or Costs is hereby DENIED.

3. The case is DISMISSED WITHOUT PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on October 7, 2014.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Stephen James Pantazes, *pro se*